NDFL PROB 12C
12/04

# United States District Court
## for the
## Northern District of Florida
## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Christian Caldwell | Case Number: | 3:08CR68-001 |

Name of Sentencing Judicial Officer:   Honorable Carol E. Jackson, U.S. District Judge

Date of Original Sentence:   11/01/2006

Original Offense:   Possession of Pseudoephedrine Knowing and Having Reasonable Cause to Believe that it would be Used to Manufacture Methamphetamine

Original Sentence:   37 months BOP followed by 2 years supervised release

Type of Supervision:   Supervised Release    Date Supervision Commenced:   06/02/2008

Asst. U.S. Attorney:   Sirena M. Wissler    Defense Attorney:   Thomas R. Carnes

## PETITIONING THE COURT

[  ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | *Violation of mandatory condition,* by unlawfully possessing or using a controlled substance. On April 22, 2009, the offender submitted a urine specimen which tested positive for the presence of cocaine. The offender immediately provided a verbal admission stating he had used cocaine recently. The offender expressed remorse and pleaded for an opportunity to return to outpatient drug treatment. Per the instructions of this officer, the offender provided the attached written admission on April 28, 2009, explaining his actions involving this situation. |
| 2 | *Violation of mandatory condition,* by violating the laws of the State of Florida as evidenced by his arrest on September 13, 2009, for the misdemeanor offenses of Exposure of Sexual Organs and Disorderly Intoxication in Okaloosa County, Florida. The offender was arrested at 3:40 a.m. on this date in Fort Walton Beach, Florida as evidenced by the attached offense report (Case #09-27000) filed by the Fort Walton Beach, Florida Police Department. |

RE:     Christian Caldwell, Dkt #3:08CR68-001
        Petition for Warrant or Summons for Offender Under Supervision
        Page #2

The aforementioned offense report reflects the defendant was running through an apartment complex located at 115 Shell Avenue in Fort Walton Beach, Florida when he noticed an adult female sitting outside her apartment. The offender unzipped his pants and exposed his penis to the female before and during his actions of urinating near a trash dumpster in the parking lot. Upon arrival of law enforcement officers, the offender attempted to run away but was quickly apprehended as he was found hiding along a fence line. Upon apprehension, officers observed the offender was intoxicated.

The offender bonded out of jail on September 14, 2009, and is reportedly scheduled to appear in Okaloosa County, Florida Court on October 13, 2009.

3   *Violation of standard condition #3,* by failing to follow the instruction of his probation officer. On June 30, 2009, the offender was instructed (in writing) to pay $10 per month toward the $75 balance of his $100 special monetary assessment commencing July 15, 2009. The offender failed to make such payments in July, August and September 2009.

4   *Violation of standard condition #6,* by failing to notify his probation officer ten days prior to changing his residence. On or about July 7, 2009, the offender moved to a new residence located at 610 Lombard Circle in Fort Walton Beach, Florida. The offender did not notify the U.S. Probation Office of this residence change until he submitted his monthly supervision report on or about August 6, 2009.

5   *Violation of additional standard condition #2,* by failing to participate in outpatient substance abuse treatment at Bridgeway Center, Inc., in Fort Walton Beach, Florida. The offender was evaluated at this treatment facility on June 12, 2009, and was placed in weekly outpatient group counseling. The offender failed to attend an appointment for treatment planning on June 15, 2009. Thereafter, the offender attended this planning session on June 18, 2009, and began attending weekly group counseling sessions on June 25, 2009. However, the offender subsequently failed to show for group sessions on the following dates: July 23, 2009; July 30, 2009; August 6, 2009; and September 10, 2009. The offender was administratively discharged from treatment on September 15, 2009, due to his arrest/incarceration for the aforementioned misdemeanor offenses on September 13, 2009.

6   *Violation of additional standard condition #3,* by consuming alcohol as evidenced by his arrest for Disorderly Intoxication on September 13, 2009, as outlined above. Additionally, during a telephone conversation with this probation officer on September 17, 2009, the offender admitted he consumed alcoholic beverages on September 13, 2009.

RE: Christian Caldwell, Dkt #3:08CR68-001
Petition for Warrant or Summons for Offender Under Supervision
Page #3

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked
[   ] Extended

[   ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____September 21, 2009_____

Bryan E. Jansen
U.S. Probation Officer

THE COURT ORDERS

[   ]   No Action
[   ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[   ]   Other

Signature of Judicial Officer

24 sept 09
Date

Warrant/Summons Issued:   9/25/2009
Date

Deputy Clerk

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

09 SEP 25  AM 11:00

RECEIVED